```
DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
SUKHWINDER G. SANDHU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR-18-00011 JST** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE DATE FOR SUBMISSION OF DEFENDANT SANDHU'S SENTENCING MEMORANDUM AND FOR CONTINUANCE OF SENTENCING DATE; (PROPOSED) ORDER** |
| SUKHWINDER G. SANDHU, | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America through its counsel Assistant United States Attorney Thomas Moore, and defendant Sukhwinder Sandhu, through his counsel Doron Weinberg, that the time for filing of defendant's sentencing memorandum shall be continued from June 22, 2018 to July 20, 2018.

IT IS FURTHER STIPULATED that the date currently set for sentencing of defendant, Sandhu, June 29, 2018, be continued to July 27, 2018.

The stipulation is necessary because counsel for defendant Sandhu was hospitalized at the California Pacific Medical Center on May 15, 2018, and on May 19, 2018 had surgery to correct a severe medical condition.

---
Stipulation to Continue Date for Filing Defendant's
Sentencing Memorandum and To Continue Date for
Sentencing; (Proposed) Order
(Case Nos. CR-18-00011 JST)

1  It is anticipated that counsel will not be released until the week of May 29, 2018 and that

2  once he is released from the hospital, he will continue to recover at home for several weeks.

3  It is therefore anticipated that counsel will be unable to prepare for and submit the

4  sentencing memorandum on behalf of defendant prior to June 22, 2018.

5  My office has been in contact with Assistant United States Attorney Thomas Moore, and

6  Probation Officer Emily Libby. They have both indicated that they have no objection to the

7  requested continuances.

Dated: May 29, 2018                                    Respectfully submitted,

                                                       LAW OFFICES OF DORON WEINBERG


                                                        /s/ Doron Weinberg
                                                       DORON WEINBERG
                                                       Attorney for Defendant
                                                       SUKHWINDER SANDHU

Dated: May 29, 2018                                    ALEX G. TSE
                                                       United States Attorney


                                                   By: /s/ Thomas Moore
                                                       THOMAS MOORE
                                                       Assistant United States Attorney
                                                       Attorney for United States of America

///
///
///
///
///
///

---

Stipulation to Continue Date for Filing Defendant's
Sentencing Memorandum and To Continue Date for
Sentencing; (Proposed) Order
(Case Nos. CR-18-00011 JST)                           1

**(PROPOSED)** **ORDER**

Good cause appearing therefor,

IT IS HEREBY ORDERED that the date for filing defendant Sandhu's sentencing memorandum in this matter is continued to July 20, 2018.

IT IS FURTHER ORDERED that the date for sentencing in this matter is continued from June 29, 2018 to July 27, 2018.

Dated: May 29, 2018



HON.
Judge

---

Stipulation to Continue Date for Filing Defendant's Sentencing Memorandum and To Continue Date for Sentencing; (Proposed) Order
(Case Nos. CR-18-00011 JST)    2