# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Request for Early Termination of Supervision

**Name of Offender**  
Sukhwinder Sandhu

**Docket Number**  
0971 4:18CR00011-001 JST

**Name of Sentencing Judge:** The Honorable Jon S. Tigar  
United States District Judge

**Date of Original Sentence:** July 27, 2018

**Original Offense**  
Count One: Making and Subscribing a False Tax Return, 26 U.S.C. § 7206(1), a Class E Felony.

**Original Sentence:** Two years probation.

**Special Conditions:** $100 special assessment; $25,000 fine; $92,628 restitution; must timely and accurately file all future income tax returns; financial disclosure; DNA collection; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

**Prior Form(s) 12:** None.

**Type of Supervision**  
Probation  
**Assistant U.S. Attorney**  
Thomas Moore

**Date Supervision Commenced**  
July 27, 2018  
**Defense Counsel**  
Doron Weinberg (Retained)

### Petitioning the Court to Take Judicial Notice

Petitioning the Court to consider the client for early termination of supervision.

### Cause

Mr. Sandhu has completed approximately one year and two months of his two year term of probation, with completion scheduled for July 26, 2020. During this time, Mr. Sandhu has been cooperative and compliant. He has paid his special assessment, fine, and restitution in full and is in compliance with all other conditions of probation.

**RE:**   Sandhu, Sukhwinder                                                                                                  2
            0971 4:18CR00011-001 JST

Upon commencement of probation, Mr. Sandhu continued working as a physician at the Fremont Medical Group in Fremont, California, earning approximately $60,000 per month. He has lived in Fremont, California for the past year. Throughout supervision, he has demonstrated stability in his home, employment, and the ability to support himself through his employment.

During the time of the offense conduct, as noted in the presentence report, Mr. Sandhu participated in a "kickback" scheme with another physician, in that he referred his patient's lab work to the other physician's pathology laboratory in exchange for a 20% commission. He failed to provide his tax preparer with any information about the income he received in kickbacks, resulting in a total tax loss of $134,350. Restitution was determined to equal $92,628 and has been paid in full by Mr. Sandhu. There is no indication Mr. Sandhu has continued to engage in kickbacks associated with the instant offense, and there is no indication he has since filed any false tax returns or engaged in similar criminal conduct.

The Probation Office currently utilizes the evidence-based practice of the Risk Needs Responsivity Principle in supervising clients. As part of this principle, the Post-Conviction Risk Assessment Tool (PCRA) is utilized to determine the risk of recidivism posed by an individual. Based on information provided by both the office and the client, a resulting risk score of High, Moderate, Low/Moderate, or Low is determined. In addition to the overall risk level, the assessment tool also identifies specific dynamic risk factors for each client, including cognitions, education/employment, alcohol/drugs, and social networks, as well as considering the static risk factor of criminal history. The tool looks at responsivity factors as well, which may impact supervision goals. The information allows officers to target specific areas where the most positive impact can be made and where resources should be directed for the best outcome.

The Probation Office currently has approximately 620 cases identified as low risk, of which 340 are placed on a "Low Intensity Supervision" caseload requiring minimal supervision. These cases do not require field work unless there is a change in circumstances, and report monthly via a written or electronic form. In an effort to ensure officers have more opportunity to monitor and provide the appropriate resources and interventions to our most high risk cases, the Probation Office has reviewed those low risk cases, in which the client is in the final twelve months of supervision with no history of violence, and per the Risk Needs Responsivity Principle, minimal services are needed or provided by our office.

On December 1, 2018, Mr. Sandhu was placed on the Low Intensity Supervision caseload. He has continued to do well under this level of supervision and has maintained compliance. The Post-Conviction Risk Assessment was conducted, indicating a low risk of recidivism with no identified dynamic risk factors. Based on the PCRA, low risk clients have only a 9% re-arrest rate within the first 190 days from the initial assessment performed at the onset of supervision. Evidence shows low intensity supervision is appropriate in these cases, and eventual early termination. As such, it is respectfully recommended that Mr. Sandhu's probation be terminated at this time.

18 U.S.C. § 3564(c) permits the Court to terminate a term of probation in felony cases after the expiration of one year of supervision, if the Court is satisfied that such action is warranted by the conduct of a client and is in the interest of justice. The Assistant United States Attorney for this case was contacted regarding early termination of probation for Mr. Sandhu and indicated no objections.

**RE:**   Sandhu, Sukhwinder  3
          0971 4:18CR00011-001 JST

Respectfully submitted,                           Reviewed by:

_____                    _____
Melissa Moy                                       Jennifer J. James
U.S. Probation Officer                            Supervisory U.S. Probation Officer
Date Signed: September 12, 2019

---

THE COURT ORDERS:

☑  Early termination of supervision granted

☐  Early termination of supervision denied

☐  Other:


September 17, 2019
_____                    _____
Date                                              Jon S. Tigar
                                                  United States District Judge